**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **12-19202-RAM**

☐      2nd      Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐

DEBTOR: Libardo Velez                          CO-DEBTOR: Lourdes S. Romero De Velez
Last Four Digits of SS# xxx-xx-6536            Last Four Digits of SS# xxx-xx-2535

☐  This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __36__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

A.    $ 286.53    for months  1  to  36 ;

B.    $_____ for months _____to_____;

C.    $_____ for months _____to _____ in order to pay the following creditors:

Administrative:     Attorney's Fee   $ 3,650.00 + $700.00 (Motion to Value) = $4,350.00
                    TOTAL PAID   $2,500.00
                    Balance Due   $ 1,850.00   payable $ 154.17   month (Months   1   to  12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a_____          Arrearage on Petition Date $ _____
Address _____          Arrears Payment  $_____/month  (Months____ to __)
         _____          Arrears Payment  $_____/month  (Months____ to __)
         _____          Regular Payment  $_____/month  (Months____ to __)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Home Mortgage Loan No. xxxx7089 Prop Add: 705 NE 206th Terr Miami, FL 33179 | $207,744.00 | 0% | N/A | N/A | N/A |

Priority Creditors:  [as defined in 11 U.S.C. §507]

1. Internal Revenue Service          Total Due $ 2,030.33
                                     Payable $ 103.71 /month (Months  1  to  12 )
                                     Payable $ 32.75/ month        (Months 13 to 36 )

Unsecured Creditors: Pay $ 225.13  month (Months  13  to  36 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtors are paying Wells Fargo Home Mortgage (Loan No. xxxxxxxx5121) and Golfwood HOA (Acct #6415) directly outside the plan. directly outside the plan. The debtors surrender the non-homestead property financed with Wells Fargo Home Mortgage (Loan#xxxx6301), Wells Fargo Home Mortgage (Loan #xxxxx1625) and Plaza of the Americas Part 3 (Acct#03-908). The debtors will provide copies of their income tax return to the trustee on or before May 15 during the pendency of the plan. The debtors will amend schedules I & J and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 09/05/12